[No. 14426.   In Bank. — April 11, 1892.]

PARKER DEAR, APPELLANT, v. H. W. WEINEKE,
RESPONDENT.

TAXATION — GENERAL ASSESSMENT OF PERSONAL PROPERTY — DETAILED
LIST — RECOVERY OF TAXES PAID UNDER DURESS. — An assessment of
personal property by an assessor entered in the assessment-book as fol-
lows: "Value of personal property, exclusive of money and solvent
credits, $15,725," — is sufficient, under section 3650 of the Political Code,
although the person assessed gave to the assessor a list of the property
in detail.

APPEAL from a judgment of the Superior Court of San
Diego County.

The facts are stated in the opinion of the court.

*J. E. Deakin*, and *Deakin & Story*, for Appellant.

*Johnstone Jones*, and *J. L. Copeland*, for Respondent.

The COURT. — This action was brought to recover cer-
tain taxes claimed to have been paid under duress, and
which it is declared by the appellant were not collectible,
by reason of the *assessment* being invalid.

The individual whose personal property was assessed
gave a list of it in *detail*, as he states in his complaint,
to the assessor, but that official did not list the property
in detail, but made this entry in the assessment-book:
" Value of personal property, exclusive of money and
solvent credits, $15,725."

The complaint is demurred to as not stating facts
sufficient to constitute a cause of action.   The demurrer
was sustained, and the plaintiff not desiring to amend
his complaint, judgment passed for the defendant, from
which the present appeal is prosecuted.

The only question involved is, whether the form of the
assessment set out in the assessor's book was sufficient,
under section 3650 of the Political Code; and that it was
sufficient is, in effect, decided in *San Francisco* v. *Pennie*,
93 Cal. 465, and upon the authority of that case the
judgment must be affirmed.

Judgment affirmed.